# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MICHAEL ESTRADA,

        Plaintiff,                    CIVIL ACTION FILE NO.:

v.                                    1:21-CV-00044-JPB

BIG LOTS STORES, INC.,
a Foreign Profit Corporation,
d/b/a Big Lots,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant have reached a settlement.  The parties will file a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as soon as the settlement documentation is finalized between the parties.  The parties ask that all pending deadlines be suspended pending the filing of a final stipulation of dismissal.

Respectfully submitted this 4th day of November, 2021.

| | |
|---|---|
| */s/ Matthew N. Pope* | */s/ E. Graham Newsome* |
| Matthew N. Pope | E. Graham Newsome |
| GA Bar No. 584216 | GA Bar No. 815149 |
| matt@mpopelaw.com | gnewsome@gmllp.com |
| Matthew N. Pope, P.C. | Goodman McGuffey, LLP |
| 900 2nd Avenue | 3340 Peachtree Rd NE, Ste 2100 |
| Columbus, Georgia 31902 | Atlanta, Georgia 30326 |
| Tel.: (706) 324-2521 | Tel.: (404) 264-1500 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MICHAEL ESTRADA,

        Plaintiff,                     CIVIL ACTION FILE NO.:

v.                                       1:21-CV-00044-JPB

BIG LOTS STORES, INC.,
a Foreign Profit Corporation,
d/b/a Big Lots,

        Defendant.
_____/

### CETFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will automatically serve the filing on all parties who have entered an appearance in this case.

This 4th day of November, 2021.

                           */s/ Matthew N. Pope*
                           Matthew N. Pope